

### THE LAW OFFICE OF
# GARRETT C. HIGLEY, PLLC

ACCEPTED
03-15-00008-CV
6866980
THIRD COURT OF APPEALS
AUSTIN, TEXAS
9/10/2015 1:34:45 PM
JEFFREY D. KYLE
CLERK

September 10, 2015

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
9/10/2015 1:34:45 PM
JEFFREY D. KYLE
Clerk

*__Via E-service:__ sgreen@grayandbrigman.com*
Melvin Gray
Gray & Brigman, PLLC
206 West College Avenue
San Angelo, Texas 76903

     RE:    Cause No. 03-15-00008-CV; Simmons v. Simmons

Dear Mr. Gray:

     Please be advised that the Law Office of Garrett Higley, PLLC will be closed for holidays as follows:

- November 25th – 27th, 2015—Thanksgiving Holidays
- December 21st, 2015 – Jan 1st, 2016 –Christmas & New Year Holidays

Garrett C. Higley will be unavailable on the following dates:

- October 5th – 19th, 2015
- October 28th – November 3rd, 2015
- November 13th – 16th, 2015
- December 1st, 2015

     Please do no schedule any matters that would require the attendance of the attorney who is reserving the dates above. Furthermore, please do not serve any discovery or instruments that require a response on the day immediately prior to, during, or the day immediately following the dates above. Thank you in advance for your consideration.

                    Sincerely,

                    Scott Martin
                    *Litigation Assistant*

cc: Jeffrey Kyle